

Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-376-025

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

## Title

Title of Work: Little Miss Bunny

## Completion/Publication

Year of Completion: 2019
Date of 1st Publication: July 03, 2019
Nation of 1st Publication: Australia

## Author

- Author: Sally Walsh
  Pseudonym: Sillier Than Sally
  Author Created: 2-D artwork
  Citizen of: Australia
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions

Name: Sally Walsh
Email: sally@sillierthansally.com
Address: 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-711

**Effective Date of Registration:**
October 23, 2023

**Registration Decision Date:**
January 08, 2024

## Title

**Title of Work:** Dragonfly & Dandelion

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 20, 2015
**Nation of 1st Publication:** Australia

## Author

- **Author:** Sally Walsh
  **Pseudonym:** Sillier Than Sally
  **Author Created:** 2-D artwork
  **Citizen of:** Australia
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions

**Name:** Sally Walsh
**Email:** sally@sillierthansally.com
**Address:** 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-376-032

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

## Title

**Title of Work:** Interesting Relationships

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 07, 2017
**Nation of 1st Publication:** Australia

## Author

- **Author:** Sally Walsh
  **Pseudonym:** Sillier Than Sally
  **Author Created:** 2-D artwork
  **Citizen of:** Australia
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions

**Name:** Sally Walsh
**Email:** sally@sillierthansally.com
**Address:** 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-376-022

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

Title
_____

Title of Work: Little Bunny

## Completion/Publication
_____

Year of Completion: 2016
Date of 1st Publication: November 05, 2016
Nation of 1st Publication: Australia

## Author
_____

• Author: Sally Walsh
Pseudonym: Sillier Than Sally
Author Created: 2-D artwork
Citizen of: Australia
Pseudonymous: Yes

## Copyright Claimant
_____

Copyright Claimant: Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions
_____

Name: Sally Walsh
Email: sally@sillierthansally.com
Address: 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification
_____



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-375-873

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 20, 2023

## Title

Title of Work: Hello There Bright Eyes

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: November 11, 2016
Nation of 1st Publication: Australia

## Author

Author: Sally Walsh
Pseudonym: Sillier Than Sally
Author Created: 2-D artwork
Citizen of: Australia
Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions

Name: Sally Walsh
Email: sally@sillierthansally.com
Address: 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



Registration Number

## VA 2-376-029

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

## Title

Title of Work: Hand In Hand

## Completion/Publication

Year of Completion: 2016
Date of 1st Publication: November 13, 2016
Nation of 1st Publication: Australia

## Author

• Author: Sally Walsh
Pseudonym: Sillier Than Sally
Author Created: 2-D artwork
Citizen of: Australia
Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions

Name: Sally Walsh
Email: sally@sillierthansally.com
Address: 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

Registration Number

**VA 2-375-746**

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 19, 2023

## Title

**Title of Work:** Cornflower and bee

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 09, 2016
**Nation of 1st Publication:** Australia

## Author

- **Author:** Sally Walsh
  **Pseudonym:** Sillier Than Sally
  **Author Created:** 2-D artwork
  **Citizen of:** Australia
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions

**Name:** Sally Walsh
**Email:** sally@sillierthansally.com
**Address:** 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-376-026

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

## Title

**Title of Work:** Little Miss Hippo

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 27, 2019
**Nation of 1st Publication:** Australia

## Author

- **Author:** Sally Walsh
**Pseudonym:** Sillier Than Sally
**Author Created:** 2-D artwork
**Citizen of:** Australia
**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions

**Name:** Sally Walsh
**Email:** sally@sillierthansally.com
**Address:** 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-376-023

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

Title

Title of Work: Little Koala

## Completion/Publication

Year of Completion: 2018
Date of 1st Publication: September 28, 2018
Nation of 1st Publication: Australia

## Author

• Author: Sally Walsh
Pseudonym: Sillier Than Sally
Author Created: 2-D artwork
Citizen of: Australia
Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions

Name: Sally Walsh
Email: sally@sillierthansally.com
Address: 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shia Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-376-024

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

## Title

**Title of Work:** Little Lioness

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** September 07, 2018
**Nation of 1st Publication:** Australia

## Author

- **Author:** Sally Walsh
  **Pseudonym:** Sillier Than Sally
  **Author Created:** 2-D artwork
  **Citizen of:** Australia
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions

**Name:** Sally Walsh
**Email:** sally@sillierthansally.com
**Address:** 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-713

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
January 08, 2024

## Title

**Title of Work:** There Is Always Time For Tea

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 22, 2015
**Nation of 1st Publication:** Australia

## Author

- **Author:** Sally Walsh
  **Pseudonym:** Sillier Than Sally
  **Author Created:** 2-D artwork
  **Citizen of:** Australia
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions

**Name:** Sally Walsh
**Email:** sally@sillierthansally.com
**Address:** 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-376-030

**Effective Date of Registration:**
October 23, 2023

**Registration Decision Date:**
December 21, 2023

## Title

Title of Work: A Hummingbirds Flurry

## Completion/Publication

Year of Completion: 2015
Date of 1st Publication: November 11, 2015
Nation of 1st Publication: Australia

## Author

- Author: Sally Walsh
  Pseudonym: Sillier Than Sally
  Author Created: 2-D artwork
  Citizen of: Australia
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions

Name: Sally Walsh
Email: sally@sillierthansally.com
Address: 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-377-721

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
January 08, 2024

**Title**

        **Title of Work:**  Deery Me

**Completion/Publication**

        **Year of Completion:**  2017
        **Date of 1st Publication:**  November 28, 2017
        **Nation of 1st Publication:**  Australia

**Author**

     •    **Author:**  Sally Walsh
        **Pseudonym:**  Sillier Than Sally
        **Author Created:**  2-D artwork
        **Citizen of:**  Australia
        **Pseudonymous:**  Yes

**Copyright Claimant**

        **Copyright Claimant:**  Sally Walsh
        40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

**Rights and Permissions**

        **Name:**  Sally Walsh
        **Email:**  sally@sillierthansally.com
        **Address:**  40 Dumbarton Place
        Engadine, NSW
        Sydney 2233 Australia

**Certification**



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

Registration Number

**VA 2-375-922**

Effective Date of Registration:
October 23, 2023
Registration Decision Date:
December 20, 2023

## Title

Title of Work: Little Sloth

## Completion/Publication

Year of Completion: 2017
Date of 1st Publication: November 16, 2017
Nation of 1st Publication: Australia

## Author

- Author: Sally Walsh
  Pseudonym: Sillier Than Sally
  Author Created: 2-D artwork
  Citizen of: Australia
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions

Name: Sally Walsh
Email: sally@sillierthansally.com
Address: 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-376-027

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

## Title

Title of Work: Little Unicorn

## Completion/Publication

Year of Completion: 2017
Date of 1st Publication: November 17, 2017
Nation of 1st Publication: Australia

## Author

- Author: Sally Walsh
  Pseudonym: Sillier Than Sally
  Author Created: 2-D artwork
  Citizen of: Australia
  Pseudonymous: Yes

## Copyright Claimant

Copyright Claimant: Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions

Name: Sally Walsh
Email: sally@sillierthansally.com
Address: 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification



# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-375-745

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 19, 2023

---

## Title

**Title of Work:** All Things Majestic

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** November 27, 2017
**Nation of 1st Publication:** Australia

## Author

- **Author:** Sally Walsh
  **Pseudonym:** Sillier Than Sally
  **Author Created:** 2-D artwork
  **Citizen of:** Australia
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions

**Name:** Sally Walsh
**Email:** sally@sillierthansally.com
**Address:** 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

**VA 2-376-021**

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

## Title

**Title of Work:** Little Owl

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** November 13, 2019
**Nation of 1st Publication:** Australia

## Author

• **Author:** Sally Walsh
**Pseudonym:** Sillier Than Sally
**Author Created:** 2-D artwork
**Citizen of:** Australia
**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions

**Name:** Sally Walsh
**Email:** sally@sillierthansally.com
**Address:** 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-376-028

**Effective Date of Registration:**
October 23, 2023
**Registration Decision Date:**
December 21, 2023

---

## Title

**Title of Work:** Peacocking Around

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 10, 2015
**Nation of 1st Publication:** Australia

## Author

**Author:** Sally Walsh
**Pseudonym:** Sillier Than Sally
**Author Created:** 2-D artwork
**Citizen of:** Australia
**Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Sally Walsh
40 Dumbarton Place, Engadine, NSW, Sydney, 2233, Australia

## Rights and Permissions

**Name:** Sally Walsh
**Email:** sally@sillierthansally.com
**Address:** 40 Dumbarton Place
Engadine, NSW
Sydney 2233 Australia

## Certification

