IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SALLY WALSH,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-02722

Judge Thomas M. Durkin

Magistrate Judge Maria Valdez

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 35 | MNDSUDHG |
| 23 | Autumn Tea Strong Art |
| 22 | Colorful Billion |
| 8 | Komociya US |
| 113 | T T canvas print |
| 56 | chuyunbaihuodamai |
| 16 | ARKENY |
| 60 | Fall Prime Deals 2023 |
| 61 | Owordtank--Clothing for you |
| 62 | Womens Clothes Prime Day Deals |
| 63 | Raymone |
| 64 | JWZUY |
| 65 | JURANMO Clothing Clearance |
| 66 | qipopiq |
| 67 | Olyvenn |
| 68 | VSSSJ |
| 69 | HTNBO-Womens Clothing |
| 70 | SZDYR Co.Ltd |
| 71 | SRstrat Co.Ltd |

| | |
|---|---|
| 72 | Komiseup |
| 73 | Winter Fashion 2023 |
| 74 | Cozy Style ZZwxWA |
| 75 | Bigersell |
| 76 | Aboser |
| 77 | KINPLE |
| 79 | NAMANYLE |
| 80 | Ersazi Clearance sale |
| 81 | Allowtih Clothing |
| 82 | hgsbede |
| 83 | Jyeity wardrobe |
| 84 | Fayun Co.Ltd |
| 85 | CaComMARK PI |
| 86 | Zpanxa |
| 87 | Taotanxi |
| 88 | Tawop |
| 89 | NARABB |
| 90 | YUAN |
| 91 | Penkiiy |
| 92 | jsaierl |
| 93 | ClassyChic365 |
| 94 | TIHLMK |
| 95 | DAETIROS |
| 96 | Viikei |
| 97 | Hvyesh |
| 98 | BYOIMUD |
| 99 | YOUR FASHION Deals |
| 100 | Kiplyki |
| 26 | CBCBTWO-US |
| 28 | DASAYO online store |
| 29 | Mozy1 |
| 30 | ZCVBOCZ Black Friday Deals 2023 |
| 31 | YDXINAIN Womens Tops |
| 34 | lightning deals of today- SHNN fashion |
| 38 | ABABC Womens Fashion 2024 - Holiday Sale |
| 40 | Mxu-CHhes |
| 42 | MRGIINRI Lightning Deals of Today Prime |
| 21 | ZYDFZC |
| 1 | HZM-US |
| 48 | TamWood |
| 17 | SHIXIanJia |
| 39 | SYlibes Welcome to Store |

| 13 | Thcms |
|----|-------|

DATED: May 10, 2024                     Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 10, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt